# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CRED INC., *et al.*, ) | Case No. 20-12836 (JTD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| CRED INC. LIQUIDATION TRUST, ) | Adv. Pro. No. 22-50134 (JTD) |
| ) | |
| Plaintiff, ) | **Re: Adv. D.I. 19** |
| ) | |
| v. ) | |
| ) | |
| WINSLOW CARTER STRONG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter, having come before the Court on *Winslow Carter Strong's Motion to Stay Discovery Pending a Ruling on his Motion to Dismiss* [Adv. D.I. 19] dated May 31, 2022 (the "Motion"), and the Court having considered the Motion, submissions, arguments of counsel, applicable law, and for the reasons stated on the record at the hearing held on June 29, 2022, the Court determines the Motion should be and hereby is DENIED.

**Dated: June 30th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

{00033535. }