# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| CRED INC., *et al.*, ) | Case No. 20-12836 (JTD) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| CRED INC. LIQUIDATION TRUST, ) | Adv. Pro. No. 22-50134 (JTD) |
| ) | |
| Plaintiff, ) | **Re: Adv. D.I. 14** |
| ) | |
| v. ) | |
| ) | |
| WINSLOW CARTER STRONG, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of *Winslow Carter Strong's Motion to Dismiss All Counts in the Complaint or, Alternatively, as to Count V, to Strike the Relief Sought* [Adv. D.I. 14] dated May 4, 2022 (the "Motion"),[1] and the Court having considered the Motion, submissions in connection therewith, and applicable law, and for the reasons stated on the record at the Bench Ruling on July 11, 2022,

**IT IS HEREBY ORDERED THAT**

1. The Motion is GRANTED as to Counts I and II of the Complaint. Counts I and II are dismissed without prejudice.

2. The Motion is DENIED as to Counts III, IV and V of the Complaint.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: July 14th, 2022**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] Capitalized terms used herein but not otherwise defined shall retain the meaning ascribed to them in the Motion.