**Exhibit 1**

Stipulation

**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., *et al.*, | ) ) | Case No. 20-12836 (JTD) |
| Debtors. | ) ) ) | (Jointly Administered) |
| CRED INC. LIQUIDATING TRUST, | ) ) ) |  |
| Plaintiff, | ) ) | Adv. Proc. No. 22-50134 (JTD) |
| v. | ) ) ) |  |
| WINSLOW CARTER STRONG, | ) ) |  |
| Defendant. | ) ) |  |

**STIPULATION AMENDING SCHEDULING ORDER**

Defendant Winslow Carter Strong ("Defendant") and Plaintiff Cred Inc. Liquidating Trust ("Plaintiff") hereby agree and stipulate that the Scheduling Order entered in the above-captioned adversary proceeding on June 7, 2022, ECF No. 27 ("Scheduling Order"), shall be amended as follows:

1. Paragraph 3(b) is deleted and is replaced with:

"Fact Discovery Cut Off. All fact discovery in this case shall be initiated so that it will be completed on or before **May 3, 2023**."

2. Paragraph 3(c) is deleted and is replaced with:

"Document Production. Document production between the parties shall be complete by **October 28, 2022** and for U.S.-based non-parties shall be complete on or before May 3, 2023. For any non-parties based outside of the United States from whom

discovery is sought, the parties shall commence seeking such discovery promptly upon entry of this Scheduling Order and shall endeavor to complete obtaining that discovery on or before May 3, 2023. The parties shall report to the Court on the status of discovery from non-parties based outside of the United States on or before **April 4, 2023**, so that the Court may consider how the status of that discovery should affect the remainder of the schedule."

3. Paragraph 3(g)(i) is deleted and is replaced with:

"Expert Reports. For the party who has the initial burden of proof on the subject matter, including any report by Plaintiff on insolvency or reasonably equivalent value with respect to its fraudulent transfer claims, the initial Fed. R. Civ. P. 26(a)(2) disclosure of expert testimony is due on or before **June 2, 2023**. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before **July 7, 2023**. Reply expert reports from the party with the initial burden of proof are due on or before **August 4, 2023**. No other expert reports will be permitted without either the consent of all parties or leave of the Court. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition."

4. Paragraph 3(g)(iii) is deleted and is replaced with:

"Expert Depositions. All depositions of experts must be completed by **September 1, 2023**."

5. Paragraph 10 is deleted and is replaced with:

"Case Dispositive Motions. All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **September 29, 2023**. Briefing will be presented pursuant to Del. Bankr. L.R. 7007-1.

@@@@@

...

6. Paragraph 12 is deleted and replaced with:

"<u>Pretrial Conference</u>. On **December 12, 2023**, the Court will hold a Final Pretrial Conference with counsel beginning at 11:00 a.m. (ET). Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement of Fed. R Civ. P 26(a)(3). The parties shall file with the Court the joint proposed final pretrial order with the information required by the Court's form of Final Pretrial Order no later than five (5) business days prior to the Final Pretrial conference."

7. All other provisions of the Scheduling Order shall remain effective.

Dated: October 25, 2022         **MCDERMOTT WILL & EMERY LLP**
Wilmington, Delaware

*/s/ David R. Hurst*
David R. Hurst (I.D. No. 3743)
1007 North Orange Street 10th Floor
Wilmington, DE 19801
Telephone: (302) 485-3900
Facsimile: (302) 351-8711

-and-

Darren Azman (admitted *pro hac vice*)
Andrew B. Kratenstein (admitted *pro hac vice*)
Joseph B. Evans (admitted *pro hac vice*)
1 Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Counsel to the Cred Inc. Liquidation Trust*

**THE ROSNER LAW GROUP LLC**

*/s/ Jason A. Gibson*
Frederick B. Rosner (DE 3995)
Jason A. Gibson (DE 6091)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801

Tel.:  (302) 777-1111
Email:  rosner@teamrosner.com
        gibson@teamrosner.com

**ARENTFOX SCHIFF LLP**
Mary Joanne Dowd, Esq. (admitted *pro hac vice*)
Jackson D. Toof, Esq. (admitted *pro hac vice*)
1717 K Street, N.W.
Washington, DC  20006
Tel.: (202) 857-6000
Fax:   (202) 857-6395
Email:  mary.dowd@afslaw.com
        jackson.toof@afslaw.com

-and-

**WILLIAMS & CONNOLLY LLP**
Ellen E. Oberwetter, Esq. (admitted *pro hac vice*)
Stephen L. Wohlgemuth, Esq. (admitted *pro hac vice*)
680 Maine Ave., S.W.
Washington, DC  20024
Tel.:  (202) 434-5000
Email:  eoberwetter@wc.com
        swohlgemuth@wc.com

*Counsel to Winslow Carter Strong*

4